UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 17 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:15CR00559 RWS/DDN** |
| v. ) | |
| ) | |
| JAMYA SHARRON ADAMS ) | |
| a/k/a "Kay K," ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about September 2015 and on or about December 2, 2015, within the Eastern District of Missouri and elsewhere, the defendant,

**JAMYA SHARRON ADAMS, a/k/a "Kay K,"**

did knowingly use facilities in interstate commerce with the intent to promote, manage, establish, or carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly promote, manage, establish or carry on that unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

1